**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARSHA REYNGOLD, M.D., PH.D.,

                        Plaintiff,

        -against-                             24 **CIVIL** 6496 (JMF)

                                   **JUDGMENT**

NATIONAL INSTITUTES OF HEALTH et al,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 24, 2026, the Government's motion to dismiss for lack of standing is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 4, 2026

                                 **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

                    **BY:**      _____
                                     **Deputy Clerk**